## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**CURTIS A. SIMPSON,**

     **Petitioner,**

**vs.**                              **CASE NO. 1:09cv86-MMP/AK**

**WALTER MCNEIL,**

     **Respondent.**

_____/

## REPORT AND RECOMMENDATION

     This cause is before the court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 1.  Petitioner has also filed a motion for leave to proceed *in forma pauperis*.  Doc. 2.  Petitioner is currently incarcerated in Raiford, Florida, and challenges his conviction out of Clay County, Florida.  Jurisdiction is appropriate in the United States District Court for the Middle District of Florida, as the district of confinement and conviction.  28 U.S.C. § 2241(d).  Under no circumstances is this cause properly pending in this district.

     It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

     **IN CHAMBERS** at Gainesville, Florida, this _6th_ day of April, 2009.


                             *s/ A. KORNBLUM*
                             **ALLAN KORNBLUM**
                             **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

     **A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**